**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

USA                                                     CRIMINAL NO.: 5:16-CR-00212-01
v                                                       JUDGE ELIZABETH E. FOOTE
TOM MCCARDELL                                           MAGISTRATE JUDGE HORNSBY

**PRESENT:**                                            DATE**:** February 8, 2017
HON.   Elizabeth E. Foote       JUDGE                   START TIME**:** 9:00 a.m.
       Barbara Simpson          COURT REPORTER          END TIME: 4:45 p.m.
       Kathy Keifer             COURTROOM DEPUTY         **COURT TIME**: 09:00

---

**MINUTES OF COURT - JURY TRIAL**
**(Day 3)**

---

**APPEARANCES:**

Earl Campbell                   for Government
Tennille Gilreath

Richard Haik, Sr.               for Defendant, Tom McCardell (present)
Kathleen Ryan

---

**CASE CALLED:** **(X)  JURY TRIAL - DAY 3**

**PROCEEDINGS:**

**(X)**  DEFENDANT PRESENT (on bond)
**(X)**  WITNESSES SEQUESTERED
**(X)**  TESTIMONY AND EVIDENCE FOR THE GOVERNMENT CONTINUED

---

**COMMENTS:**

During these proceedings, a note was received by the Court from a juror.  The Court ordered this note filed under seal.

The jurors were excused at 4:40 p.m. and ordered to return at 9:00 a.m. on Thursday, February 9, 2017.

The court held a charge conference outside the presence of the jury until 6:45 p.m.

Court will resume at 9:00 a.m.