

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB - 9 2017

TONY R. MOORE, CLERK
BY _____
          DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| UNITED STATES OF AMERICA | NO. 5:16-CR-00212-EEF-MLH |
|---|---|
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| TOM MCCARDELL | MAGISTRATE JUDGE MARK L. HORNSBY |

## VERDICT

As to Count 1 of the Indictment, We, the Jury, unanimously find the Defendant,

_____ NOT GUILTY      ___✓___ GUILTY

As to Count 2 of the Indictment, We, the Jury, unanimously find the Defendant,

_____ NOT GUILTY      ___✓___ GUILTY

As to Count 3 of the Indictment, We, the Jury, unanimously find the Defendant,

_____ NOT GUILTY      ___✓___ GUILTY

As to Count 4 of the Indictment, We, the Jury, unanimously find the Defendant,

_____ NOT GUILTY      ___✓___ GUILTY

As to Count 5 of the Indictment, We, the Jury, unanimously find the Defendant,

_____ NOT GUILTY      ___✓___ GUILTY

As to Count 6 of the Indictment, We, the Jury, unanimously find the Defendant,

_____ NOT GUILTY      ___✓___ GUILTY

As to Count 7 of the Indictment, We, the Jury, unanimously find the Defendant,

_____ NOT GUILTY   ____✓____ GUILTY

As to Count 8 of the Indictment, We, the Jury, unanimously find the Defendant,

_____ NOT GUILTY   ____✓____ GUILTY

As to Count 9 of the Indictment, We, the Jury, unanimously find the Defendant,

_____ NOT GUILTY   ____✓____ GUILTY

As to Count 10 of the Indictment, We, the Jury, unanimously find the Defendant,

_____ NOT GUILTY   ____✓____ GUILTY

As to Count 11 of the Indictment, We, the Jury, unanimously find the Defendant,

_____ NOT GUILTY   ____✓____ GUILTY

As to Count 12 of the Indictment, We, the Jury, unanimously find the Defendant,

_____ NOT GUILTY   ____✓____ GUILTY

As to Count 13 of the Indictment, We, the Jury, unanimously find the Defendant,

_____ NOT GUILTY   ____✓____ GUILTY

As to Count 14 of the Indictment, We, the Jury, unanimously find the Defendant,

_____ NOT GUILTY   ____✓____ GUILTY

*REDACTED*
FOREPERSON

DATE 2/9/17